**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------- x

JANE DOE,                                              :
                                                       :
                          Plaintiff,                   :
                                                       :                    ORDER
              -against-                                :
                                                       :              19 Civ. 1277 (GBD)
BERGDORF GOODMAN, INC., LORNA BROWN,    :
JULIA CHEN, HARRY CHEN, MARIA LOCCISANO, :
                                                       :
                          Defendants.                  :

-------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to close the above-captioned action.

Dated:  July 13, 2022
        New York, New York

                                              SO ORDERED.

                                              _George B. Daniels_
                                              GEORGE B. DANIELS
                                              United States District Judge